**Appeal Dismissed and Memorandum Opinion filed February 25, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00300-CR

**LEVI MAYS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1526077**

## M E M O R A N D U M   O P I N I O N

Levi Mays timely appealed his conviction for aggravated assault. We abated the appeal so a hearing could be held regarding appellant's counsel's failure to file a brief and whether appellant desires to continue his appeal. At the hearing, appellant stated he did not want to continue the appeal. Appellant's counsel filed a motion for voluntary dismissal, but we denied the motion because it was not signed by appellant as required by Texas Rule of Appellate Procedure 42.2. The trial court has since made findings of fact that appellant expressed his intent to abandon his appeal. The findings of fact have been filed in a supplemental clerk's record.

Appellant has not filed a motion to dismiss his appeal that complies with Rule 42.2(a). However, based upon appellant's testimony at the hearing and the trial court's finding that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Zimmerer.

Do Not Publish — Tex. R. App. P. 47.2(b).